# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wood, Andrea R. | U.S. District Court, Northern District of Illinois | 05/31/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |

**5b.** ☐ Amended Report

**7. Chambers or Office Address**

United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Suite 1956
Chicago, Illinois 60604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Andrea R. | 05/31/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | County of Cook, Illinois - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | 2/13/2020-2/16/2020 | Ithaca, NY | Moot Court Competition | Travel and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Andrea R. | 05/31/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wood, Andrea R.** | 05/31/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. 3M Common Stock | A | Dividend | J | T | | | | | |
| 2. Abbott Laboratories Common Stock | A | Dividend | L | T | | | | | |
| 3. Abbvie Inc. Common Stock | C | Dividend | L | T | | | | | |
| 4. Altria Group Common Stock | B | Dividend | K | T | | | | | |
| 5. Applied Materials Inc. Common Stock | | None | K | T | | | | | |
| 6. Biogen Idec Inc. Common Stock | | None | J | T | | | | | |
| 7. William Blair Emerging Market Growth Fund | | None | K | T | | | | | |
| 8. William Blair Small-Mid Cap Growth Fund | A | Dividend | K | T | | | | | |
| 9. American Funds Capital World Growth and Income Fund | A | Int./Div. | L | T | | | | | |
| 10. Coca-Cola Common Stock | D | Dividend | M | T | | | | | |
| 11. Neuberger Berman Genesis Fund - Institutional | B | Int./Div. | L | T | | | | | |
| 12. American Funds Europacific Growth Fund | A | Int./Div. | L | T | | | | | |
| 13. Exxon Mobile Corp. Common Stock | B | Dividend | K | T | | | | | |
| 14. Fidelity Contrafund | A | Int./Div. | N | T | | | | | |
| 15. General Electric Co. Common Stock | | None | J | T | | | | | |
| 16. Alphabet Inc. (formerly Google Inc. Common Stock) | | None | K | T | | | | | |
| 17. Home Depot Inc. Common Stock | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wood, Andrea R.** | 05/31/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IBM Common Stock | C | Dividend | L | T | | | | | |
| 19. Intel Corp. Common Stock | A | Dividend | K | T | | | | | |
| 20. Invesco Growth and Income Fund (formerly Invesco Van Kampen Growth) | C | Dividend | M | T | | | | | |
| 21. Johnson & Johnson Common Stock | B | Dividend | L | T | | | | | |
| 22. JP Morgan Mid Cap Value Fund - Institutional Shares | D | Int./Div. | M | T | | | | | |
| 23. Kraft Heinz Co (formerly Kraft Foods Inc. Common Stock) | A | Dividend | J | T | | | | | |
| 24. Logitech Intl | | None | J | T | | | | | |
| 25. Microsoft Corp. Common Stock | C | Dividend | N | T | | | | | |
| 26. Mondelez International Common Stock | A | Dividend | K | T | | | | | |
| 27. Nuveen Municipal Value Fund | A | Dividend | J | T | | | | | |
| 28. Pepsico Inc. Common Stock | A | Dividend | J | T | | | | | |
| 29. Pfizer Inc. Common Stock | A | Dividend | K | T | | | | | |
| 30. Philip Morris International Inc. Common Stock | B | Dividend | K | T | | | | | |
| 31. T Rowe Price High Yield Fund | | None | K | T | | | | | |
| 32. Qualcomm Inc. Common Stock | C | Dividend | M | T | | | | | |
| 33. T Rowe Price Blue Chip Growth Fund | A | Distribution | J | T | | | | | |
| 34. American Funds Growth Fund of America | C | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wood, Andrea R.** | 05/31/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Vanguard (R) Institutional Index Fund - Institutional Shares | A | Int./Div. | K | T | | | | | |
| 36. | Walgreens Boots Alliance Inc. | B | Dividend | K | T | | | | | |
| 37. | Western Union Co. Common Stock | | None | J | T | | | | | |
| 38. | Altaba Inc. Common Stock | A | Dividend | J | T | | | | | |
| 39. | Raymond James Bank Deposit | A | Interest | M | T | | | | | |
| 40. | Vanguard 500 Index Fund | B | Dividend | M | T | | | | | |
| 41. | Vanguard Mid-Cap Index Fund - Adm and Institutional | A | Dividend | K | T | | | | | |
| 42. | Vanguard Total Bond Market Index Fund | A | Int./Div. | K | T | | | | | |
| 43. | Vanguard Total Int'l Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 44. | JP Morgan Chase Cash Accounts | A | Interest | O | T | | | | | |
| 45. | Credit Union One Cash Accounts | A | Interest | K | T | | | | | |
| 46. | AT&T Inc. Common Stock (formerly Time Warner Inc.) | A | Dividend | J | T | | | | | |
| 47. | Charter Communications Common Stock | | None | J | T | | | | | |
| 48. | Cisco Systems Inc. | A | Dividend | J | T | | | | | |
| 49. | AKRE Focus Fund Retail (Money Market Fund) | | None | J | T | | | | | |
| 50. | Cerus Corporation | | None | J | T | | | | | |
| 51. | Viatris Incorporated (VTRS) (X) See Part VIII. | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Wood, Andrea R.** | 05/31/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Line 51. Viatris Incorporated was formed through the combination of Mylan and Upjohn, a division of Pfizer, in November 2020. Shares of common stock were distributed to stockholders of Pfizer in connection with the combination.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Andrea R. Wood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544